IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION FUND and MIDWEST OPERATING ENGINEERS INDUSTRY ADVANCEMENT FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. |
| B & T SERVICES OF MONEE, INC., | ) ) ) | |
| Defendant. | ) | |

## COMPLAINT

NOW COME Plaintiffs, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara, complaining of the Defendant, B & T SERVICES OF MONEE, INC., and allege as follows:

1.     This action arises under the Employee Retirement Income Security Act of 1974, as amended, U.S.C. Title 29, §1145.

2.     The Plaintiff Funds, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, are employee benefit plansadministered pursuant to the terms and provisions of Agreements and Declarations of Trust creating said Funds and are required to be maintained and administered in accordance with the provisions of the Labor Management Relations Act of 1947, and the Employee Retirement Income Security Act of 1974 (as amended), 29 U.S.C. §§1001 *et seq.* The address and place of business of the Plaintiffs is Railroad Maintenance and

1

Industrial Health and Welfare Fund, 2205 West Wabash Avenue, Suite 211, Springfield, Illinois, 62704. The Railroad Maintenance and Industrial Health and Welfare Fund is the collection agent for the other named Plaintiffs.

3. That the Defendant, B & T SERVICES OF MONEE, INC., is an Employer engaged in an industry within the meaning of ERISA, 29 U.S.C. §§1002 (5), (11), (12) and (14). Defendant employs individuals who are members of, and represented by, Operating Engineers Local 150, and said individuals are participants in the Funds, pursuant to the Landscaping Memorandum of Agreement by and between Operating Engineers Local 150 and Defendant. The Landscaping Memorandum of Agreement is attached hereto and made a part hereof as Plaintiffs' **Exhibit A**.

4. The Defendant's address is Monee, Illinois 60449.

5. Pursuant to the Employee Retirement Income Security Act of 1974 (U.S.C. Title 29, §1145), the Defendant is required to make contributions to the Funds in accordance with the terms and conditions of the Agreements and Declarations of Trust of the Plaintiff Funds. The Agreements and Declarations of Trust, in pertinent part, are attached hereto and made a part hereof as Plaintiffs' **Exhibits B, C and D**.

6. Pursuant to the Agreements and Declarations of Trust of the Plaintiffs, the Trustees may, on reasonable notice, have an audit made by an independent accountant or its representatives of the payroll of any Employer in connection with the said contributions and/or reports.

7. The Agreements and Declarations of Trust provide that the Trustees of the Funds shall be entitled to institute any appropriate action, including legal action, to remedy an Employer's failure to properly make payment to the Funds.

8. That Plaintiffs have made demand upon the Defendant, B & T SERVICES OF

MONEE, INC., to permit an audit for the period of May 1, 2001, through current, but Defendant has refused to satisfy said demand. Such demand is attached hereto and incorporated herein as Plaintiffs' **Exhibit E**.

9. That Plaintiffs are entitled to reasonable attorney fees pursuant to the Agreements and Declarations of Trust and ERISA, 29 U.S.C. §1132(g)(2). Attached hereto and incorporated herein as **Exhibit F** is the Affidavit of Patrick J. O'Hara in support of his request for attorney fees in the amount of $535.00 incurred in the prosecution of this matter.

WHEREFORE, Plaintiffs pray as follows:

A. That an account be taken by the Plaintiffs as to wages received and hours worked by Defendant's employees from May 1, 2001, through current, in order to determine amounts required to be paid by the Defendant to the Plaintiffs;

B. That Defendant be decreed to pay to the Plaintiffs all such monies determined by the audit, interest and statutory remedies, for all contributions due and owing at the time Judgment is entered;

C. That Defendant be specifically required to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs the required contribution reports and payments referred to above, or in lieu thereof, a statement covering the period for which said reports are required that Defendant had no employees for whom contributions are required to be made;

D. That Defendant be decreed to pay all costs attendant to any audit of Defendant's payroll books and records pursuant to the respective Agreements and Declarations of Trust of the Plaintiffs;

3

E. That Defendant be decreed to pay to the Plaintiffs its reasonable attorney fees to date in the amount of $535.00, as provided by ERISA, 29 U.S.C. §1132(g)(2) and the respective Agreements and Declarations of Trust of the Plaintiffs; and

F. That Plaintiffs be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, Plaintiff,

By:     s/ Patrick J. O'Hara
PATRICK J. O'HARA
**CAVANAGH & O'HARA**
Attorney for Plaintiff
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
patrick@cavanagh-ohara.com

F:\files\RAILROAD\B & T Services of Monee, Inc\Complaint.AUD.wpd