07/21/2005 15:54 217-787-2975 RR MAINT CLAIMS PAGE 02/02
07/21/05 12:48 FAX LOCAL 150 IUOE ☑002
3:05-cv-03193-JES-BGC    # 1-3    Page 1 of 1
E-FILED
Monday, 25 July, 2005 04:55:46 PM
Clerk, U.S. District Court, ILCD
RECEIVED JUL 21 2005 R.R. MAINT. & IND. H & W FUND

# LANDSCAPING
# MEMORANDUM OF AGREEMENT

(7d) 258-0286

THIS AGREEMENT made and entered into by and between **B&T SERVICES** 4922 W. MARGARET ST MONEE 60449 its successors and assigns, hereinafter referred to as the "EMPLOYER", First Party, and LOCAL 150, INTERNATIONAL UNION OF OPERATING ENGINEERS, hereinafter referred to as the "UNION" Second Party.

THIS AGREEMENT is made in consideration of the instant promises of the First and Second Parties and the parties do hereby agree as follows:

1. THE EMPLOYER recognizes the UNION as the sole and exclusive bargaining representative for and on behalf of the employees of the EMPLOYER within the territorial and occupational jurisdiction of the UNION. Prior to recognition, the EMPLOYER was presented and reviewed valid written evidence of the UNION's exclusive designation as bargaining representative by the majority of appropriate bargaining unit employees of EMPLOYER.

2. The Parties agree that the EMPLOYER is part of a single bargaining unit made up of all employers party to the Master Agreement adopted herein.

3. The Parties do hereby adopt the Master Agreement dated December 1, 1985 as amended to November 30, 1996, entered into by and between the UNION and the **NORTHERN ILLINOIS LANDSCAPE CONTRACTORS (ILLINOIS AND INDIANA LANDSCAPE CONTRACTORS LABOR AGREEMENT)** and the parties do hereby mutually agree to be bound by the terms and conditions of that Master Agreement and the Agreement and Declaration of Trust of Midwest Operating Engineers Welfare Fund and all amendments heretofore or hereafter made thereto, as though the same were fully incorporated herein. The Employer acknowledges that he has received a copy of the aforesaid Master Agreement, that he has reviewed same, and that he is aware of the obligations arising thereunder.

4. This Agreement and the adoption of the Master Agreement and Agreement and Declaration of Trust referred to in paragraph 3 above shall be effective as of **MAY 1ST, 2001** and remain in effect to and including the expiration date of the Master Agreement adopted herein. This Agreement shall continue in effect from year to year thereafter and specifically adopt any Master Agreement entered into between the Union and **NORTHERN ILLINOIS LANDSCAPE CONTRACTORS** subsequent to the expiration date of the Master Agreement herein adopted unless notice of termination or amendment is given in the manner provided herein.

5. Either Party desiring to amend or terminate this Memorandum of Agreement must notify the other in writing at least three (3) calendar months prior to the expiration of the Master Agreement adopted herein.

IN WITNESS WHEREOF, the Parties have executed this Memorandum of Agreement the **1ST** day of **MAY**, **2001**.

**B&T SERVICES**
Employer
By [signature]
**PRESIDENT**
Title
Edward E. Becker

LOCAL 150, INTERNATIONAL UNION OF
OPERATING ENGINEERS, AFL-CIO
By [signature]
William E. Dugan
[signature]
Steven M. Cisco
[signature]
Carlos Villalpando

Below this line for office use only

| | |
|---|---|
| NO: Fringe Benefits - Unincorporated Owner/Operator | |
| ☒ YES: Fringe Benefits - Bargaining Unit Employees | |

EXHIBIT A