# AGREEMENT AND DECLARATION OF TRUST

## OF

## THE MIDWEST OPERATING ENGINEERS PENSION TRUST FUND

EFFECTIVE: April 1, 1963
Restated: June 1, 1971
Restated: June 1, 1976
Restated: June 1, 1990
Restated: June 1, 1999

Prepared By:

Bernard M. Baum
Baum, Sigman, Auerbach,
Pierson & Neuman, Ltd.
200 W. Adams Street, Suite 2200
Chicago, Illinois 60606
(312) 236-4316



EXHIBIT C

Employees, or their beneficiaries, or for the purposes and applications of the Trust Fund as in this Agreement and Declaration of Trust set forth.

C. All funds received by the Trustees hereunder, as a part of the Trust Fund, shall be deposited by them in such bank or banks or trust company or trust companies as the Trustees may designate for that purpose, and all withdrawals of such funds shall be made by the Trustees, pursuant to the authorization provided in Article III, Part III, of this Agreement and Declaration of Trust.

## ARTICLE VI
## CONTRIBUTIONS TO THE TRUST FUND

Section 1. Employers, parties to this Agreement and Declaration of Trust, by virtue of their:

A. Being bound to a written Collective Bargaining Agreement entered into by them or through their collective bargaining representative, and the Union, requiring Employer Contributions to the Trust Fund, on behalf of Employees within the bargaining unit thereunder, or

B. Being bound by to a written Participation Agreement, or other written agreement with the Union, whereunder they shall have agreed to make Employer Contributions to the Trust Fund on behalf of their Employees covered by such written agreement,

shall make prompt payment of the required Employer Contributions in such amount and upon the terms and conditions specified in the applicable Collective Bargaining Agreement with the Union, or other written agreement with the Union, in effect from time to time.

Section 2. The obligation of the Employers to make the required Employer Contributions, as herein specified, shall be absolute and not subject to any set-off or counterclaim the Employer may have, or claim to have for any liability of the Union, or an Employee.

Section 3. Employer Contributions received by the Trustees shall be deposited to the account of the Trustees in such bank or banks as designated by the Trustees.

Investment Manager so appointed shall serve at the pleasure of the Trustees, but may resign, by written resignation directed to the Trustees, at any time.

## ARTICLE III
## DUTIES AND POWERS OF THE TRUSTEES

Section 1. In the administration of the Pension Plan, the Trustees, consistent with the purposes of the Trust Fund shall have power and authority to:

A. Require timely contributions to the Trust Fund by Employers in accordance with written agreements between the Employer or his collective bargaining agent and the Union. The Trustees shall have power to demand, collect, and receive Employer Contributions for the purpose specified herein and shall have power to specify the time, manner, and place of payment thereof, and the right to institute, prosecute or intervene in any proceedings at law or in equity or in bankruptcy as may be necessary or desirable to effectuate the collection of Employer Contributions. In the event that upon audit made by the Trustees and/or upon other evidence it is found by the Trustees that an Employer has failed to make required Employer Contributions, the Trustees are authorized and empowered:

1. to assess and receive from such Employer all costs of the audit.

2. in the administration of the Pension Plan, the Trustees, consistent with the purposes of the Trust Fund, shall have the power and authority to assess and receive from such Employer as liquidated damages those percentages set forth below of the amount found to be delinquent, in that the failure of the Employer to make the required payment of Employer Contributions imposes an additional burden and expense upon the Trustees in the collection thereof; in the administration of the Trust Fund, including but not limited to the processing of late Contributions Reports, correspondence and other communication with said Employer; and, in addition thereto, may cause a loss of benefit of the use of amount required to be paid, all of which are difficult of ascertainment.

(a) to assess and receive from Employers as liquidated damages an amount equal to ten (10%) percent of the amount found to be delinquent in those instances where the delinquent contribution is collected either without the necessity of instituting a lawsuit or where collection is effectuated through a lawsuit.

      (b)    in any action filed in the United States District Court for the Northern District of Illinois, or any other District, by the Trustees of this Plan to enforce Section 515 of the Multi-Employer Pension Plan Amendments Act of 1980, a Judgment in favor of the Trustees of this Fund shall include liquidated damages in an amount equal to twenty (20%) percent of the unpaid contributions.

3. To impose and receive from such Employer any amounts Trustees are required to pay for the benefit of an eligible Employee of such Employer, or an Employee who would be eligible except for the failure of such Employer to make required contributions on his behalf.

4. To impose and receive from such Employer all costs, audit expenses and attorneys' fees incurred by the Trustees in enforcing the provisions hereof, whether by litigation or otherwise.

5. To require such Employer to make weekly deposits of Employer Contributions in an amount determined by the Trustees, based on objective standards.

    Provided that the Trustees have given such Employer reasonable notice of such requirement for weekly deposits, the amount to be deposited, the date such deposits are due and the basis on which the weekly deposit is determined and required.

6. To require such Employer to furnish to the Trustees a bond, with reputable surety thereon:

    (a) with the Trustees as obligees thereunder;

    (b) in an amount determined by the Trustees consistent with the anticipated future obligations of such Employer; and

    (c) with notice provisions acceptable to the Trustees consistent with the purposes of such bond.

The remedies provided herein shall be exclusive of any other remedies available to the Trustees, and shall have no effect upon such remedies.

B. Make such uniform rules and regulations as are consistent with and necessary for effectuating the provisions of this Agreement and Declaration of Trust, including but not limited to the following: