# MIDWEST OPERATING ENGINEERS
## CONSTRUCTION INDUSTRY RESEARCH AND SERVICE TRUST FUND
## AGREEMENT AND DECLARATION OF TRUST

PREPARED BY:

BAUM, SIGMAN, AUERBACH, PIERSON & NEUMAN

JUNE 29, 1995  AS AMENDED

SEPTEMBER 27, 1995



EXHIBIT D

ARTICLE XI

Duties and Powers of the Trustees

11.1  In the administration of the Trust Fund, the Trustees, consistent with the purposes of the Trust Fund, shall have the power and authority to:

A.  Require immediate contributions to the Trust Fund by Employers in accordance with written agreements between the Employer or his collective bargaining agent and the Union. The Trustees shall have the power to demand, collect and receive Employer Contributions for the purpose specified herein and shall have power to specify the time, manner, and place of payment thereof, and the right to institute, prosecute or intervene in any proceedings at law or in equity or in bankruptcy as may be necessary or desirable to effectuate the collection of Employer Contributions. In the event that upon audit made by the Trustees and/or upon other evidence it is found by the Trustees that an Employer has failed to make required Employer Contributions, the Trustees are authorized and empowered:

1)  To impose and receive from such Employer all costs of the audit.

2)  To assess and receive from such Employer as liquidated damages an amount equal to ten (10%) per cent of the amount found to be delinquent, in that the failure of the Employer to make the required payment of Employer Contributions imposes additional burden and expense upon the Trustees in the collection thereof in the administration of the Trust Fund, including but not limited to the processing of late contribution reports, correspondence and other communication with said Employer; and, in addition thereto will cause a loss of benefit of the use

of amounts required to be paid, all of which are difficult of accurate ascertainment.

3)   To impose and receive from such Employer all costs, audit expenses and attorneys fees incurred by the Trustees in enforcing the provisions hereof, whether by litigation or otherwise.

4)   To require such Employer to make weekly deposits of Employer Contributions in an amount determined by the Trustees, based on objective standards.

Provided that the Trustees have given such Employer reasonable notice of such requirement for weekly deposits, the amount to be deposited, the date such deposits are due and the basis on which the weekly deposit is determined and required.

5)   To require such Employer to furnish to the Trustees a bond, with a reputable surety thereon,

   (a)   with the Trustees as obligees thereunder

   (b)   in an amount, determined by the Trustees, consistent with the anticipated future obligations of such Employer

   (c)   with notice provisions acceptable to the Trustees consistent with the purposes of such bond.

The remedies provided herein shall be exclusive of any other remedies available to the Trustees, and shall have no effect upon such remedies.