CAVANAGH & O'HARA
Attorneys At Law

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody

John T. Long

Of Counsel
Michael J. Masterson, P.C.

Swansea Office
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Telefax (618) 222-6755

Chicago Office
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

June 28, 2005

## FIRST AND FINAL NOTICE

**Via Certified Mail**
B & T Services of Monee, Inc.
Attn: Edward E. Becker, President
4922 West Margaret
Monee, IL 60449

Re:   *Railroad Maintenance and Industrial Health & Welfare Fund*
      *Midwest Operating Engineers Pension and Industry Advancement Funds*
      *Payroll Compliance Audit*

Dear Mr. Becker:

Please be advised, this firm represents the Railroad Maintenance and Industrial Health & Welfare Fund, Midwest Operating Engineers Pension and Industry Advancement Funds with respect to a payroll compliance audit of your company. To date, your company has failed to comply with a payroll audit as provided for under the provisions of the Illinois and Indiana Landscape Contractors Labor Agreement.

Romolo & Associates has been engaged by the Trustees to conduct an examination of your payroll records and employers contribution reports for the period of **May 1, 2001 through current**. The following is a list of the records the auditor needs in order to complete the payroll compliance audit:

1. Payroll journals;
2. Individual earnings and time records on all employees;
3. Annual earnings reports (W-2 and W-3);
4. Quarterly employer's federal withholding and FICA tax returns (Forms 941);
5. Quarterly employer's contribution and wage reports for state unemployment compensation (Forms UI-3);
6. Employer's copies of monthly contributions reports to the Fund;
7. All pertinent personnel file information;
8. Case disbursement records;
9. Payments to subcontractors (Forms 1096 and 1099);
10. Most recent Union contract; and
11. Federal income tax returns.


EXHIBIT E

B & T Services of Monee, Inc.
June 28, 2005
Page 2

**Please contact this office on or before Monday, July 11, 2005, with respect to scheduling a payroll audit of your company.** Please be advised, this will be the <u>last</u> letter to you prior to this office filing formal legal proceedings within the U.S. District Court in order to compel said audit.

Should you have any questions, please do not hesitate to contact this office.

Very truly yours,

*Patrick J O'Hara/R*

Patrick J. O'Hara
Attorney at Law

cc:   Railroad Maintenance & Industrial Health & Welfare Fund/Dora Crenshaw
      Michelle Shadid/Romolo & Associates
      B & T Services of Monee, Inc., via regular mail

PJO/rd
F:\files\RAILROAD\B & T Services of Monee, Inc\Letter.FFN.AUD.wpd