IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION FUND and MIDWEST OPERATING ENGINEERS INDUSTRY ADVANCEMENT FUND, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. ) |
| B & T SERVICES OF MONEE, INC., | ) ) |
| Defendant. | ) |

## AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, PATRICK J. O'HARA, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 06/27/05 | Received and reviewed correspondence from Dora Crenshaw of Fund Office regarding pursuit of employer for payroll compliance audit; First and final notice letter to employer, via certified and regular mail, demanding compliance; Forward copy of correspondence to Dora Crenshaw and Michelle Shadid of Romolo and Associates. | 0.70 |
| 07/11/05 | Preparation of draft Complaint to compel an audit; Preparation of draft Affidavit in Support of Attorney's Fees, Certificate of Interest, Civil Cover Sheet and Summons; Telephone conference with Will County Sheriff regarding fee for service of Complaint. | 2.00 |
| 07/18/05 | Preparation of revisions to Complaint; Finalize Complaint, Summons, Civil Cover Sheet, Certificate of Interest; Assembly of full Complaint with exhibits; Transmittal of same via e-mail to U.S. District Court for filing of new case. | 1.00 |
| | TOTAL HOURS 3.70 X $60.00 PER HOUR | $222.00 |

1


EXHIBIT
F

| | | |
|---|---|---:|
| 07/18/05 | U.S. District Court – Filing Fee | $250.00 |
| 07/18/05 | Will County Sheriff – Service Fee | $63.00 |
| | **TOTAL FEES AND COSTS** | **$535.00** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

                                              s/ Patrick J. O'Hara
                                              PATRICK J. O'HARA
                                              **CAVANAGH & O'HARA**
                                              Attorney for Plaintiff
                                              407 East Adams Street
                                              Post Office Box 5043
                                              Springfield, IL 62705
                                              Telephone: (217) 544-1771
                                              Fax: (217) 544-9894
                                              patrick@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 18th day of July, 2005.

OFFICIAL SEAL
RITA DOLACK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-8-2006

                                              Rita Dolack
                                              Notary Public

F:\files\RAILROAD\B & T Services of Monee, Inc\Affidavit.FEE.wpd