E-FILED
Monday, 25 July, 2005  04:51:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

|  |  |  |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION FUND and MIDWEST OPERATING ENGINEERS INDUSTRY ADVANCEMENT FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. |
| B & T SERVICES OF MONEE, INC., | ) ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, furnish the following in compliance with Standing Order CDIL of this Court.

(a)   Railroad Maintenance and Industrial Health and Welfare Fund, Midwest Operating Engineers Pension Fund, Midwest Operating Engineers Industry Advancement Fund.

(b)   Not applicable.

(c)   CAVANAGH & O'HARA
William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long

DATED this 18th day of July, 2005.

s/ Patrick J. O'Hara
PATRICK J. O'HARA
**CAVANAGH & O'HARA**
407 East Adams
Post Office Box 5043
Springfield, Illinois 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
patrick@cavanagh-ohara.com