# United States District Court

CENTRAL **DISTRICT OF** ILLINOIS

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, et al.,

        Plaintiffs,

V.

B & T SERVICES OF MONEE, INC.,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3193

TO: (Name and address of defendant)  **PERSONAL SERVICE ONLY**

    Edward E. Becker, President
    B & T Services of Monee, Inc.
    4922 West Margaret
    Monee, IL 60449

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Patrick J. O'Hara
    Cavanagh & O'Hara
    407 East Adams Street
    Springfield, IL 62701
    (217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

s/M. Stewart
(BY) DEPUTY CLERK

July 26, 2005
DATE