AO 440 (Rev. 10/93) Summons in a Civil Action

E-FILED
Thursday, 15 September, 2005 04:16:33 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, et al.,

           Plaintiffs,

**V.**

B & T SERVICES OF MONEE, INC.,

           Defendant.

*SECOND ALIAS*
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3193

TO: (Name and address of defendant)    **PERSONAL SERVICE ONLY**

Raymond A. Feeley, Registerd Agent
B & T Services of Monee, Inc.
575 West Exchange Street
Crete, IL 60417

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick J. O'Hara
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature]                  DATE   8-24-05

(BY) DEPUTY CLERK [signature]

```
CASE NUMBER. 016 2005-CC-003193      001        WILL COUNTY SHERIFF'S OFFICE
-----------------------------------------     ============== ATTORNEY ==============
                                              CAVANAGH & O'HARA                 PAID
RAILROAD MAINTENANCE/INDUSTRIAL HEALTH         407 EAST ADAMS STREET
  -VS-                                        P.O. BOX 5043                AUG 0 9 2005
B & T SERVICES OF MONEE INC.                  SPRINGFIELD, IL 62705
                                              (217) 544-1771

=========== DESCRIPTION =============         ========= ATTEMPTED SERVICES =========
                                                DATE           TIME         BADGE #
SUMMONS & COMPLAINT

ISSUED:   9/ 9/05     EXPIRES:   9/26/05
FEES:     74.00       EVC/DEP:

======== PERSON TO BE SERVED =========

B & T SERVICES OF MONEE INC.                  NOTES:
575 WEST EXCHANGE STREET                      PERSONAL SERVICE ONLY: PLEASE SERVE
CRETE, IL 60417                               REGISTERED AGENT RAYMOND A FEELEY.
```

===============================================================================

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___  PERSONAL SERVICE: BY LEAVING A COPY OF THE ___SUMM/COMP ___CITATION
         ___RULE    ___ORDER    ___SUBPOENA    ___NOTICE    ___JUDGEMENT
         ___SUMMONS/PETITION FOR ORDER OF PROTECTION ___ORDER OF PROTECTION.
         ___CIVIL NO-CONTACT ORDER.

(B) ___  SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___SUMM/COMP ___CITATION
         ___NOTICE  ___JUDGEMENT  ___ORDER OF POSSESSION AT THE USUAL PLACE OF
         ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
         SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO
         THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____. (date)

(C) _X_  SERVICE ON: _X_CORPORATION  ___COMPANY  ___BUSINESS  by leaving a
         COPY OF THE  ___SUMM/COMP  ___CITATION  ___RULE  ___ORDER  ___NOTICE
         ___JUDGEMENT ___SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
         OR PARTNER OF THE DEFENDANT.

(D) ___  OTHER SERVICE:   ___CERTIFIED MAIL   ___POSTING

(E) ___  THE NAMED DEFENDANT WAS NOT SERVED:
         ___MOVED       ___NOT LISTED      ___RETURNED BY ATTY.   ___EXPIRED
         ___NO CONTACT  ___NO SUCH ADDRESS ___DECEASED            ___OTHER REASON

PERSON TO BE SERVED: _B & T Services of Monee Inc._

SERVING ADDRESS: _575 W. Exchange St. Crete IL_

WRIT SERVED ON: _Stacey Hodge_    RELATIONSHIP: _Sec._

SEX _F_ (M/F)   RACE _W_   AGE _22_

THIS _12th_ DAY OF _Sept_ 20 _05_ TIME _1115_ HOURS

PAUL J. KAUPAS, SHERIFF, BY _Dep C. Lheers_   DEPUTY # _844_

REMARKS: _____

RLM52521106