E-FILED
Thursday, 27 October, 2005  03:16:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION FUND and MIDWEST OPERATING ENGINEERS INDUSTRY ADVANCEMENT FUND, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) No. 05-3193 |
| B & T SERVICES OF MONEE, INC., | ) |
| Defendant. | ) |

## REQUEST FOR ENTRY OF DEFAULT

NOW COMES Plaintiffs, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, ET. AL., by and through its attorneys, Cavanagh & O'Hara, and for its Request for Entry of Default, state as follows:

1.  That the Complaint in this matter was filed on July 25, 2005.

2.  That on September 12, 2005, Stacey Hodge, Secretary of Defendant Corporation, B & T SERVICES OF MONEE, INC., was duly served by the Will County, Illinois, Sheriff's Department with said Complaint and Summons. A copy of the Proof of Service of Summons is attached hereto and made a part hereof as **Exhibit A.**

3.  That the Defendant has failed to file a responsive pleading within the statutory time frame.

4.  Pursuant to Standing Order, attached hereto is the Affidavit of James P. Moody in Support of the Motion for Default Judgment.

WHEREFORE, Plaintiffs, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, ET. AL., pray that this Court enter a Default Judgment against Defendant, B & T SERVICES OF MONEE, INC., and in favor of Plaintiffs.

RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, ET. AL., Plaintiffs,

By:     s/ James P. Moody

**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

**PROOF OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 27th day of October, 2005:

Raymond Feeley, Registered Agent
B & T Services of Monee, Inc.
575 West Exchange Street
Crete, IL 60417

and that the original was filed with the Clerk of the Court in which said cause is pending.

By:    s/ James P. Moody

**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com