```
CASE NUMBER. 016 2005-CC-003193      001           WILL COUNTY SHERIFF'S OFFICE
------------------------------------------          ============ ATTORNEY ============
                                                    CAVANAGH & O'HARA
RAILROAD MAINTENANCE/INDUSTRIAL HEALTH              407 EAST ADAMS STREET
  -VS-                                              P.O. BOX 5043
B & T SERVICES OF MONEE INC.                        SPRINGFIELD, IL 62705
                                                    (217) 544-1771
============ DESCRIPTION ============               ========= ATTEMPTED SERVICES =========
                                                    DATE            TIME           BADGE #
SUMMONS & COMPLAINT

  ISSUED:   9/ 9/05       EXPIRES:   9/26/05
  FEES:     74.00         EVC/DEP:

======== PERSON TO BE SERVED ========

B & T SERVICES OF MONEE INC.                        NOTES:
575 WEST EXCHANGE STREET                            PERSONAL SERVICE ONLY:  PLEASE SERVE
CRETE, IL 60417                                     REGISTERED AGENT RAYMOND A FEELEY.
```

Stamped: PAID  AUG 0 9 2005

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___SUMM/COMP ___CITATION ___RULE ___ORDER ___SUBPEONA ___NOTICE ___JUDGEMENT ___SUMMONS/PETITION FOR ORDER OF PROTECTION ___ORDER OF PROTECTION. ___CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___SUMM/COMP ___CITATION ___NOTICE ___JUDGEMENT ___ORDER OF POSSESSION AT THE USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) _X_ SERVICE ON: _X_CORPORATION ___COMPANY ___BUSINESS by leaving a COPY OF THE ___SUMM/COMP ___CITATION ___RULE ___ORDER ___NOTICE ___JUDGEMENT ___SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___CERTIFIED MAIL ___POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED: ___MOVED ___NOT LISTED ___RETURNED BY ATTY. ___EXPIRED ___NO CONTACT ___NO SUCH ADDRESS ___DECEASED ___OTHER REASON

PERSON TO BE SERVED: B & T Services of Monee Inc.
SERVING ADDRESS: 575 W. Exchange St. Crete IL
WRIT SERVED ON: Stacey Hodge       RELATIONSHIP: Sec.
SEX F (M/F)   RACE W   AGE 22
THIS 12th DAY OF Sept 20 05 TIME 1115 HOURS
PAUL J. KAUPAS, SHERIFF, BY Dep C. Lucero   DEPUTY # 844

REMARKS: _____

RLM52521106

EXHIBIT A