E-FILED
Thursday, 27 October, 2005 03:17:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION FUND and MIDWEST OPERATING ENGINEERS INDUSTRY ADVANCEMENT FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 05-3193 |
| B & T SERVICES OF MONEE, INC., | ) ) ) | |
| Defendant. | ) | |

## AMENDED AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 06/27/05 | Received and reviewed correspondence from Dora Crenshaw of Fund Office regarding pursuit of employer for payroll compliance audit; First and final notice letter to employer, via certified and regular mail, demanding compliance; Forward copy of correspondence to Dora Crenshaw and Michelle Shadid of Romolo and Associates. | 0.70 |
| 07/11/05 | Preparation of draft Complaint to compel an audit; Preparation of draft Affidavit in Support of Attorney's Fees, Certificate of Interest, Civil Cover Sheet and Summons; Telephone conference with Will County Sheriff regarding fee for service of Complaint. | 2.00 |
| 07/15/05 | Review Complaint | .50 |



EXHIBIT B

| Date | Description | Hours |
|---|---|---|
| 07/18/05 | Preparation of revisions to Complaint; Finalize Complaint, Summons, Civil Cover Sheet, Certificate of Interest; Assembly of full Complaint with exhibits; Transmittal of same via e-mail to U.S. District Court for filing of new case. | 1.00 |
| 07/26/05 | Received and reviewed file stamped Complaint, Civil Cover Sheet, Certificate of Interest, Summons and Exhibits from U.S. District Court | .20 |
| 07/28/05 | Received and reviewed issued summons from U.S. District court; Letter to Will County sheriff regarding service | .35 |
| 08/19/05 | Received and reviewed Affidavit of Non-Service of Summons; Preparation of Alias Summons with new address | .50 |
| 08/23/05 | Received and reviewed file stamped Alias Summons from U.S. District Court | .10 |
| 08/24/05 | Telephone conference with Pinellas county sheriff's office regarding return of documents; Preparation of Second Alias Summons on registered agent | .50 |
| 09/15/05 | Received and reviewed Proof of Service of Summons, e-filed with U.S. District Court | .50 |
| 10/3/05 | Preparation of draft Request for Default, Affidavit in Support of Standing Order, Order of Default, Motion for Default Judgment, Order, Notice of Filing | 1.00 |
| 10/27/05 | Review of Default Judgment pleadings | .50 |
| 10/27/05 | Revise and finalize Default Judgment pleadings, Assemble Exhibits for same, e-file with U.S. District Court | .50 |
|  | TOTAL HOURS 12.85 X $60.00 PER HOUR | $771.00 |
| 07/18/05 | U.S. District Court – Filing Fee | $250.00 |
| 07/18/05 | Will County Sheriff – Service Fee | $63.00 |
|  | **TOTAL FEES AND COSTS** | **$1,084.00** |

2

FURTHER THIS AFFIANT SAYETH NAUGHT.

s/ James P. Moody

**CAVANAGH & O'HARA**
Attorney for Plaintiff
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
patrick@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 27th day of October, 2005.

Notary Public

OFFICIAL SEAL
PAIGE CAMPBELL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-23-2009

3