IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION FUND and MIDWEST OPERATING ENGINEERS INDUSTRY ADVANCEMENT FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> B & T SERVICES OF MONEE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No.  05-3193 <br> ) <br> ) <br> ) <br> ) |

**ORDER OF DEFAULT**

This cause coming on to be heard before the Court upon Plaintiffs, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, ET. AL., Request for Entry of Default.  The Court, being fully advised in the premises, finds that Defendant, B & T SERVICES OF MONEE, INC., has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against Defendant, B & T SERVICES OF MONEE, INC., for its failure to answer in this cause in a timely manner as provided by the Federal Rules of Civil Procedure and the rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiff makes application to the District Court for the entry of a Default Judgment against Defendant, B & T SERVICES OF MONEE, INC.

ENTERED this _____ day of _____, 2005.

_____
**United States Magistrate Judge**