IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION FUND and MIDWEST OPERATING ENGINEERS INDUSTRY ADVANCEMENT FUND,  Plaintiffs, vs. B & T SERVICES OF MONEE, INC., Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.   05-3193 |

## AFFIDAVIT PURSUANT TO TEXT ORDER

The undersigned, JAMES P. MOODY, being first duly sworn on oath, deposes and states:

1. That I am counsel for Railroad Maintenance and Industrial Health and Welfare Fund, *et. al*.

2. That this Affidavit is made pursuant to a Text Order of Magistrate Judge Byron Cudmore dated October 28, 2005 concerning the verification of service on the Defendant, B&T Services of Monee, Inc.

3. That a Complaint was filed in this matter on July 25, 2005.

4. That attorney Raymond A. Freeley is the Registered Agent for B&T Services of Monee, Inc.  See **Exhibit A**.

5. That on September 12, 2005, Will County Sheriff's Office delivered a copy of the Summons and Complaint to the office of the Registered Agent for B & T Services of Monee, Inc. Service was effected by Deputy C. Harris, Badge No. #844, who delivered a copy of the Summons and Complaint to Ms. Stacey Hodge who is 22 years of age and the legal secretary for the Registered Agent, attorney Raymond A. Freeley.  The Summons and Complaint were delivered to Ms. Hodge

at Raymond A. Freeley's law office. Copies of the Summons and Complaint were also mailed to the Defendant at its ususal place of business. Attached hereto as **Exhibit B** is an amended Affidavit of Service from Deputy Harris.

_____
JAMES P. MOODY

Subscribed to and sworn before me this 15th day of November, 2005.

_____
NOTARY PUBLIC

F:\files\RAILROAD\B & T Services of Monee, Inc\Affidavit per Order of Court.wpd

OFFICIAL SEAL
PAIGE CAMPBELL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-23-2009



# CORPORATION FILE DETAIL REPORT

| Entity Name | B & T SERVICES OF MONEE, INC. | File Number | 59842056 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 03/13/1998 | State | ILLINOIS |
| Agent Name | RAYMOND A FEELEY | Agent Change Date | 03/13/1998 |
| Agent Street Address | 575 W EXCHANGE ST | President Name & Address | EDWARD E BECKER 4922 MARGARET MONEE IL 60449 |
| Agent City | CRETE | Secretary Name & Address | EDWARD E BECKER SAME |
| Agent Zip | 60417-0000 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 03/23/2005 | For Year | 2005 |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM



```
11/14/2005 MON 13:19 FAX 1 708 672 3260    WILL CO. CRETE SUB.            ☒002
11/14/2005 13:07 FAX 815 727 8565          WILL COUNTY SHERIFF'S          ☒002
```

CASE NUMBER: 016 2005-CC-003193    001    WILL COUNTY SHERIFF'S OFFICE
========================================== ATTORNEY
                                           CAVANAGH & O'HARA
RAILROAD MAINTENANCE/INDUSTRIAL HEALTH      407 EAST ADAMS STREET
 -VS-                                      P.O. BOX 5043
B & T SERVICES OF MONEE INC.               SPRINGFIELD, IL 62705
                                           (217) 544-1771

=========== DESCRIPTION ===========   ========= ATTEMPTED SER...
                                      DATE            TIME           BADGE #

SUMMONS & COMPLAINT

ISSUED:  9/ 9/05    EXPIRES:  9/26/05
FEES:    74.00      EVC/DEP:

======= PERSON TO BE SERVED =======

B & T SERVICES OF MONEE INC.          NOTES:
575 WEST EXCHANGE STREET              PERSONAL SERVICE ONLY: PLEASE SERVE
CRETE, IL 60417                       REGISTERED AGENT RAYMOND A FEELEY.

**EXHIBIT B**

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION
        ___ RULE ___ ORDER ___ SUBPEONA ___ NOTICE ___ JUDGEMENT
        ___ SUMMONS/PETITION FOR ORDER OF PROTECTION ___ ORDER OF PROTECTION.
        ___ CIVIL NO-CONTACT ORDER.

(B) ✓ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION
        ___ NOTICE ___ JUDGEMENT ___ ORDER OF POSSESSION AT THE USUAL PLACE OF
        ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
        SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO
        THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON  9-13-05  . (date)

(C) ___ SERVICE ON: ___ CORPORATION ___ COMPANY ___ BUSINESS by leaving a
        COPY OF THE ___ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ NOTICE
        ___ JUDGEMENT ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
        OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___ CERTIFIED MAIL ___ POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED:
        ___ MOVED ___ NOT LISTED ___ RETURNED BY ATTY. ___ EXPIRED
        ___ NO CONTACT ___ NO SUCH ADDRESS ___ DECEASED ___ OTHER REASON

"OFFICIAL SEAL"
Betty J. McCure
Notary Public, State of Illinois
My Commission Exp. 08/04/2008
*Betty J McCure*

PERSON TO BE SERVED: B+T Services of Monee, Inc.
SERVING ADDRESS: 575 W. Exchange
WRIT SERVED ON: Stacey Hodge    RELATIONSHIP: Attorney Secretary
SEX F (M/F)  RACE W  AGE 22

THIS  12  DAY OF  Sept  2005  TIME  11:15  HOURS
PAUL J. KAUPAS, SHERIFF, BY  DEP C. Harris  DEPUTY # 00844
REMARKS: Raymond Feeley is an attorney who represents
AML53181201  B&T Services, Inc. His office is in the
Village of Crete where I have served numerous
times in the past. Mr Feeley a lot of times is
not in his office. I then serve his secretary
Stacey Hodge who is always in the office.
                                    Deputy Harris #844