IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | No. 05-CV-3193 |
| B & T SERVICES OF MONEE, INC., | ) ) | |
| Defendant. | ) | |

## **ORDER**

**BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:**

Before the Court is Plaintiffs' Request for Entry of Default [7] and Affidavit [8] supplementing request for default as directed by the Court in text order dated October 28, 2005. That text order expressed the Court's concern whether service on Defendant corporation was proper. Based upon all the submissions, the Court does not believe service has been perfected upon this Defendant.

Federal Rule of Civil Procedure 4(h)(1) requires service upon a corporation pursuant to the laws of the state in which the District Court is located, or:

> "by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process

>and, if the agent is one authorized by statute to
>receive service and the statute so requires, by also
>mailing a copy to the defendant"

Illinois statutes state that a corporation may be served by leaving a copy of the process with its registered agent or any officer or agent of the corporation found anywhere in the State. 735 ILCS 5/2-204

Plaintiffs' request for entry of default lists the served individual, Stacey Hodge, as the "Secretary of Defendant Corporation" seeming to indicate she is an officer of the Defendant corporation. The supplemental affidavit filed at the Court's direction states Ms. Hodge is the legal secretary for Attorney Raymond A. Freeley, who is the registered agent of the corporation. The Court finds that Ms. Hodge is not "an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process" for the Defendant corporation.

WHEREFORE, Plaintiffs' Request for Entry of Default [7] is DENIED without prejudice to refiling at such time as service has been perfected and default may be proper.

ENTERED this 16th day of November, 2005.

s/ Byron G. Cudmore
_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE