AO 440 (Rev. 10/93) Summons in a Civil Action

E-FILED
Friday, 02 December, 2005   10:17:39 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, et. al.,
V.

B & T SERVICES OF MONEE, INC.

THIRD ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3193

TO: (Name and address of Defendant)

Raymond A. Feeley, Registered Agent
575 West Exchange Street
Crete, IL 60417

**PERSONAL SERVICE ONLY**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
CAVANAGH & O'HARA
407 East Adams
P. O. Box 5043
Springfield, IL 62705

an answer to the complaint which is herewith served upon you, _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                  12-1-05
CLERK                                              DATE

s/M. Rankin
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                *Date*             *Signature of Server*

_____
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.