# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, et al.,

        Plaintiffs,

V.

B & T SERVICES OF MONEE, INC.,

        Defendant.

FOURTH *ALIAS*
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3193

TO: (Name and address of defendant)   **PERSONAL SERVICE ONLY**

Raymond A. Feeley, Registerd Agent
B & T Services of Monee, Inc.
575 West Exchange Street
Crete, IL  60417

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick J. O'Hara
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL  62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                               1-4-06
---                                             ---
CLERK                                           DATE

s/ M. Rankin
---
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|   |   |   |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                         Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.