AO 440 (Rev. 10/93) Summons in a Civil Action
3:05-cv-03193-JES-BGC    # 12    Page 1 of 2
E-FILED
Thursday, 19 January, 2006 02:05:34 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, et al.,

                Plaintiffs,

                V.

B & T SERVICES OF MONEE, INC.,

                Defendant.

FOURTH *ALIAS*
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3193

TO: (Name and address of defendant)    **PERSONAL SERVICE ONLY**

Raymond A. Feeley, Registerd Agent
B & T Services of Monee, Inc.
575 West Exchange Street
Crete, IL 60417

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick J. O'Hara
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Signatures Redacted-PJR | 1-4-06
CLERK | DATE

(BY) DEPUTY CLERK

```
CASE NUMBER. 016 2005-OO-003193    001        WILL COUNTY SHERIFF'S OFFICE
-----------------------------------------     =============== ATTORNEY ===============
                                              PATRICK J. O'HARA
RAILROAD MAINTENANCE & INDUSTRIAL HEAL        407 EAST ADAMS STREET
     -VS-                                     SPRINGFIELD, IL 62701
B & T SERVICES OF MONEE, INC.
                                              (217) 544-1771
============ DESCRIPTION ==============       ========= ATTEMPTED SERVICES =========
                                                 DATE          TIME        BADGE #
ALIAS SUMMONS & COMPLAINT

ISSUED:  1/10/06     EXPIRES:   2/01/06
FEES:      0.00      EVC/DEP:

======== PERSON TO BE SERVED =========

RAYMOND A FEELEY, REG AGENT B&T SERVIC  NOTES:
575 W EXCHANGE ST                       PLEASE SERVE RAYMOND A FEELEY, RA
CRETE, IL 60417                         PERSONAL SERVICE ONLY
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) [X] PERSONAL SERVICE: BY LEAVING A COPY OF THE [X] SUMM/COMP ___CITATION
        ___RULE ___ORDER ___SUBPEONA ___NOTICE ___JUDGEMENT
        ___SUMMONS/PETITION FOR ORDER OF PROTECTION ___ORDER OF PROTECTION.
        ___CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___SUMM/COMP ___CITATION
        ___NOTICE ___JUDGEMENT ___ORDER OF POSSESSION AT THE USUAL PLACE OF
        ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
        SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO
        THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____. (date)

(C) ___ SERVICE ON: ___CORPORATION ___COMPANY ___BUSINESS by leaving a
        COPY OF THE ___SUMM/COMP ___CITATION ___RULE ___ORDER ___NOTICE
        ___JUDGEMENT ___SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
        OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___CERTIFIED MAIL ___POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED:
        ___MOVED ___NOT LISTED ___RETURNED BY ATTY. ___EXPIRED
        ___NO CONTACT ___NO SUCH ADDRESS ___DECEASED ___OTHER REASON

PERSON TO BE SERVED: Raymond A. Feeley
SERVING ADDRESS: 575 W. Exchange Crete, IL
WRIT SERVED ON: Raymond A. Feeley    RELATIONSHIP: Self
SEX M (M/F)  RACE W  AGE 58
THIS 12th DAY OF Jan 20 06  TIME 11:40 am HOURS
PAUL J. KAUPAS, SHERIFF, BY DEP C. Harris DEPUTY # 844

REMARKS: _____

AML60101341