IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION FUND and MIDWEST OPERATING ENGINEERS INDUSTRY ADVANCEMENT FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> B & T SERVICES OF MONEE, INC., <br><br> Defendant. | No. 05-3193 |

## AFFIDAVIT PURSUANT TO STANDING ORDER
## IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

JAMES P. MOODY, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiffs and in such capacity represents the Plaintiffs in the above-entitled and numbered action;

That on January 12, 2006, Raymond A. Feeley, Registered Agent of Defendant Corporation, B & T SERVICES OF MONEE, INC., was duly served by the Will County, Illinois, Sheriff's Department with said Complaint and Summons; that a copy of the Proof of Service of Summons is attached hereto and made a part hereof as **Exhibit A**; that the said Defendant has failed to appear, plead, or otherwise defend herein within the time allowed and is therefore in default; that to his best information and belief, the Defendant is not an infant or an incompetent person and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended; that the claim of Plaintiffs, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, is to comply with a request to conduct an audit and examine payroll records and employers contribution reports for the period of May 1, 2001 through current; and attorney fees and costs to date in the amount of $1,815.00, as shown

by **Exhibit B**, attached hereto and incorporated herein. That this Affidavit is made for the purpose of requesting that Default Judgment be entered against the Defendant, B & T SERVICES OF MONEE, INC.

        s/ James P. Moody
        James P. Moody
        **CAVANAGH & O'HARA**
        407 East Adams
        P. O. Box 5043
        Springfield, IL 62705
        Telephone: (217) 544-1771
        Facsimile: (217) 544-5236
        jim@cavanagh-ohara.com

Subscribed and sworn to before me this 3rd day of March, 2006.

SIGNATURE REDACTED -PJR

_____
NOTARY PUBLIC

F:\files\RAILROAD\B & T Services of Monee, Inc\A-Stand.Ord.2.wpd

OFFICIAL SEAL
COURTNEY J. VALENTI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-20-2008