AO 440 (Rev. 10/93) Summons in a Civil Action
2:05-cv-03193-JES-BGC    # 123-3    Page 1 of 2
Thursday, 19 January, 2006 02:51:44 PM
Clerk, U.S. District Court, ILCD
E-FILED

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, et al.,

           Plaintiffs,

V.

B & T SERVICES OF MONEE, INC.,

           Defendant.

FOURTH *ALIAS*
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3193

TO: (Name and address of defendant)    *PERSONAL SERVICE ONLY*

Raymond A. Feeley, Registerd Agent
B & T Services of Monee, Inc.
575 West Exchange Street
Crete, IL 60417

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick J. O'Hara
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Signatures Redacted-PJR    DATE 1-4-06

CLERK

(BY) DEPUTY CLERK

EXHIBIT A

```
3:05-cv-03193-JES-BGC   #12-3   Page 2 of 2
```

```
                                                    WILL COUNTY SHERIFF'S OFFICE
CASE NUMBER. 016-2005-OO-003193          ============== ATTORNEY ==============
                                                    PATRICK J. O'HARA
RAILROAD MAINTENANCE & INDUSTRIAL HEAL   407 EAST ADAMS STREET
  -VS-                                   SPRINGFIELD, IL 62701
B & T SERVICES OF MONEE, INC.
                                         (217) 544-1771
============ DESCRIPTION ============    ========= ATTEMPTED SERVICES =========
                                         DATE            TIME           BADGE #
ALIAS SUMMONS & COMPLAINT

ISSUED:  1/10/06    EXPIRES:  2/01/06
FEES:       0.00    EVC/DEP:

======== PERSON TO BE SERVED ========

RAYMOND A FEELEY, REG AGENT B&T SERVIC   NOTES:
575 W EXCHANGE ST                        PLEASE SERVE RAYMOND A FEELEY, RA
CRETE, IL 60417                          PERSONAL SERVICE ONLY
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) X  PERSONAL SERVICE: BY LEAVING A COPY OF THE  X SUMM/COMP  ___ CITATION
       ___ RULE  ___ ORDER  ___ SUBPEONA  ___ NOTICE  ___ JUDGEMENT
       ___ SUMMONS/PETITION FOR ORDER OF PROTECTION  ___ ORDER OF PROTECTION.
       ___ CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE  ___ SUMM/COMP  ___ CITATION
        ___ NOTICE  ___ JUDGEMENT  ___ ORDER OF POSSESSION AT THE USUAL PLACE OF
        ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
        SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO
        THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____. (date)

(C) ___ SERVICE ON:  ___ CORPORATION  ___ COMPANY  ___ BUSINESS by leaving a
        COPY OF THE  ___ SUMM/COMP  ___ CITATION  ___ RULE  ___ ORDER  ___ NOTICE
        ___ JUDGEMENT  ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
        OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE:  ___ CERTIFIED MAIL  ___ POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED:  ___ RETURNED BY ATTY.  ___ EXPIRED
        ___ MOVED  ___ NOT LISTED  ___ DECEASED  ___ OTHER REASON
        ___ NO CONTACT  ___ NO SUCH ADDRESS

PERSON TO BE SERVED: Raymond A. Feeley
SERVING ADDRESS: 575 W. Exchange Crete, IL
WRIT SERVED ON: Raymond A. Feeley   RELATIONSHIP: Self
THIS 12th DAY OF Jan 20 06  SEX M (M/F)  RACE W  AGE 58  TIME 11:40 am HOURS
PAUL J. KAUPAS, SHERIFF, BY  Dep C. Harris  DEPUTY # 844

REMARKS: _____

AML60101341