**E-FILED**

Monday, 06 March, 2006  09:42:10 AM

Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND,  et al., | ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) | No.  05-CV-3193 |
| B & T SERVICES OF MONEE, INC., | ) ) | |
| Defendant . | ) | |

## ORDER OF DEFAULT

## BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:

This cause coming on to be heard before the Court upon Plaintiffs' Request for Entry of Default [13] of Defendant B&T Services of Monee, Inc.  The Court, being fully advised in the premises, finds that Defendant B&T Services of Monee, Inc. has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against Defendant B&T Services of Monee, Inc. for its failure to answer in this cause in a timely manner as provided by the Federal Rules of Civil Procedure and the rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiffs make application to the District Court for the entry of a default judgment against Defendant B&T Services of Monee, Inc.

ENTERED this 6th day of March, 2006.

s/ Byron G. Cudmore

_____

BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE