**E-FILED**
Monday, 20 March, 2006  09:16:21 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.  05-3193 |
| B & T SERVICES OF MONEE, INC., | ) ) | |
| Defendant. | ) | |

## MOTION FOR DEFAULT JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR AN ACCOUNTING/EVIDENTIARY HEARING

NOW COME Plaintiffs, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND,  by and through its attorneys, Cavanagh & O'Hara, and move this Court for a Default Judgment or an Accounting/Evidentiary Hearing against the Defendant, B & T SERVICES OF MONEE, INC., and in support thereof, state:

1.      That the Complaint in this matter was filed on July 25, 2005.

2.       That on January 12, 2006, Raymond A. Feeley, Registered Agent of Defendant Corporation, B & T SERVICES OF MONEE, INC., was duly served by the Will County, Illinois, Sheriff's Department with said Complaint and Summons.

3.      That the Defendant has failed to file a responsive pleading within the time frame allowed by this Honorable Court.

4.      That this Honorable Court entered an Order of Default on March 6, 2006.

5.      That Plaintiffs are entitled to attorney fees incurred in this matter.  Attached hereto and incorporated herein, as **Exhibit A**, is the Amended Affidavit in Support of Attorney

Fees of James P. Moody.

WHEREFORE, Plaintiffs pray for Judgment against the Defendant, B & T SERVICES OF MONEE, INC., as follows:

A.    That the Defendant be ordered to remit to Plaintiffs contribution reporting forms for the period from May 1, 2001 through current and for additional months which are unpaid from the date of this filing to the date Judgment is entered or, in the alternative, Defendant be required to appear before this Honorable Court and provide Plaintiffs with the May 1, 2001 through current contribution reporting forms so that a sum certain may be established;

B.    That Judgment be entered in favor of Plaintiffs and against the Defendant for delinquent contributions for the period from May 1, 2001 through current and for additional months which are unpaid from the date of this filing to the date Judgment is entered;

C.    That Judgment be entered in favor of the Plaintiffs and against the Defendant for penalties and interest incurred as a result of continuous late reporting of contributions for the period May 1, 2001 through current and for additional months which are unpaid from the date of this filing to the date Judgment is entered;

D.    That Defendant be specifically required to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs the required contribution reports and payments heretofore referred to;

E.    That Defendant be decreed to pay to the Plaintiffs its attorney fees in the amount of $1,983.00, as provided by the trust agreements and ERISA, 29 U.S.C. Section 1132(g)(2);

F.    That Defendant be decreed to pay all costs attendant to the cost of these proceedings; and

G.    That Plaintiffs be awarded such other and further relief as the Court deems just

and equitable, all at Defendant's cost.

RAILROAD MAINTENANCE AND
INDUSTRIAL HEALTH AND WELFARE
FUND, *et al.*, Plaintiffs,

By: _____ s/ James P. Moody _____

**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon
each of the addressees hereinafter set forth by enclosing the same in an envelope plainly
addressed to each of said addressees affixing first-class postage thereto and depositing the same
with the United States Mail at Springfield, Illinois on the 20th day of March, 2006:

Raymond Feeley, Registered Agent
B & T Services of Monee, Inc.
575 West Exchange Street
Crete, IL 60417

and that the original was filed with the Clerk of the Court in which said cause is pending.

By: _____ s/ James P. Moody _____
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

F:\files\RAILROAD\B & T Services of Monee, Inc\Motion for Default.wpd