E-FILED
Monday, 20 March, 2006  09:16:51 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION FUND and MIDWEST OPERATING ENGINEERS INDUSTRY ADVANCEMENT FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 05-3193 |
| B & T SERVICES OF MONEE, INC., | ) ) ) | |
| Defendant. | ) | |

### AMENDED AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 06/27/05 | Received and reviewed correspondence from Dora Crenshaw of Fund Office regarding pursuit of employer for payroll compliance audit; First and final notice letter to employer, via certified and regular mail, demanding compliance; Forward copy of correspondence to Dora Crenshaw and Michelle Shadid of Romolo and Associates. | 0.70 |
| 07/11/05 | Preparation of draft Complaint to compel an audit; Preparation of draft Affidavit in Support of Attorney's Fees, Certificate of Interest, Civil Cover Sheet and Summons; Telephone conference with Will County Sheriff regarding fee for service of Complaint. | 2.00 |
| 07/15/05 | Review Complaint | .50 |
| 07/18/05 | Preparation of revisions to Complaint; Finalize Complaint, Summons, Civil Cover Sheet, Certificate of Interest; Assembly of full Complaint with exhibits; Transmittal of same via e-mail to U.S. District Court for filing of new case. | 1.00 |

1



| Date | Description | Hours |
|---|---|---|
| 07/26/05 | Received and reviewed file stamped Complaint, Civil Cover Sheet, Certificate of Interest, Summons and Exhibits from U.S. District Court | .20 |
| 07/28/05 | Received and reviewed issued summons from U.S. District court; Letter to Will County sheriff regarding service | .35 |
| 08/19/05 | Received and reviewed Affidavit of Non-Service of Summons; Preparation of Alias Summons with new address | .50 |
| 08/23/05 | Received and reviewed file stamped Alias Summons from U.S. District Court | .10 |
| 08/24/05 | Telephone conference with Pinellas county sheriff's office regarding return of documents; Preparation of Second Alias Summons on registered agent | .50 |
| 09/15/05 | Received and reviewed Proof of Service of Summons, e-filed with U.S. District Court | .50 |
| 10/3/05 | Preparation of draft Request for Default, Affidavit in Support of Standing Order, Order of Default, Motion for Default Judgment, Order, Notice of Filing | 1.00 |
| 10/27/05 | Review of Default Judgment pleadings | .50 |
| 10/27/05 | Revise and finalize Default Judgment pleadings, Assemble Exhibits for same, e-file with U.S. District Court | .50 |
| 10/28/05 | Review Order from Magistrate Cudmore regarding need for verification of service. | .20 |
| 10/28/05 | Preparation of Affidavit and Notice of Voluntary Dismissal without prejudice to effectuate proper service. | 1.00 |
| 11/04/05 | Telephone conference with B&T Services of Monee Corporate office regarding status of Stacey Hodge position and employment with company for service of process. | .30 |
| 11/11/05 | Telephone conference with Will County Sheriff's Officer regarding status of receipt of Affidavit from Deputy Harris concerning inaccurate service. | .30 |
| 11/14/05 | Revise and finalize Affidavit of Jim Moody per text order of Court; review Amended Affidavit of Service with written explanation from Will County Sheriff's Office. | .50 |
| 11/15/05 | Received and reviewed e-filed Affidavit Per Text Order filed with United States District Court. | .20 |

2

| | | |
|---|---|---|
| 11/15/05 | Review of Affidavit for Service of Process; review of F.R.C.P. No. 4; revise Affidavit. | 1.10 |
| 11/16/05 | Received and reviewed Order from Magistrate Judge Cudmore regarding Entry of Default. | .50 |
| 11/23/05 | Review file; review of agreement. | .20 |
| 11/28/05 | Preparation of Third Alias Summons; have summons executed by Court for service. | .50 |
| 12/05/05 | Received and reviewed issued Summons. | .10 |
| 12/07/05 | Received and reviewed Third Alias Summons; letter to Will County Sheriff for Service; update Delinquency Status Report. | .60 |
| 12/29/05 | Telephone conference with Angie at Will County Sheriff's Department regarding service; preparation of Fourth Alias Summons; letter to U.S. District Court Clerk to have Summons issued. | 1.10 |
| 01/05/06 | Received and reviewed docket entry issuing Fourth Alias Summons. | .10 |
| 01/06/06 | Received and reviewed issued Fourth Alias Summons; letter to Will County Sheriff for service. | .50 |
| 01/19/06 | Received and reviewed executed Summons from Will County Sheriff; conversion and redaction of signature; electronic filing with U.S. District Court of same; update Delinquency Status Report; calendar Answer due date. | .70 |
| 01/19/06 | Received and reviewed file-stamped Summons. | .10 |
| 02/07/06 | Preparation of Request for Entry of Default and Affidavit Pursuant to Standing Order in Support of Motion for Default Judgment; Amended Affidavit in Support of Attorney's Fees; assemble exhibits. | 2.50 |
| 03/03/06 | Review and finalize Request for Entry of Default Judgment. | .50 |
| 03/03/06 | Revise Amended Affidavit in Support of Attorney's Fees; Finalize, redaction of signatures, conversion and electronic filing of Request for Entry of Default Judgment; email proposed Order for Default to Judge. | 1.15 |
| 03/06/06 | Received and reviewed Order of Default; calendar. | .10 |

3

| | | |
|---|---|---:|
| 03/09/06 | Preparation of draft Motion for Default Judgment, Notice of Filing of Plaintiffs' Motion for Default Judgment, Amended Affidavit in Support of Attorney fees and proposed Order. | .75 |
| 03/20/06 | Review Motion for Default Judgment. | .30 |
| 03/20/06 | Finalize, redact signatures, conversion and electronic filing of Motion for Default Judgment with U.S. District Court; email of proposed Order to Judge. | .50 |
| | TOTAL HOURS 18.45 X $60.00 PER HOUR | $1,107.00 |
| | TOTAL HOURS 3.70 X $120.00 PER HOUR | $444.00 |
| 07/18/05 | U.S. District Court – Filing Fee | $250.00 |
| 07/18/05 | Will County Sheriff – Service Fee | $63.00 |
| 12/05/05 | Will County Sheriff – Service Fee | $74.00 |
| | **TOTAL FEES AND COSTS** | **$1,938.00** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

s/ James P. Moody

**CAVANAGH & O'HARA**
Attorney for Plaintiff
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
patrick@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 20th day of March, 2006.

Notary Public

*SIGNATURE REDACTED*
PJR

"OFFICIAL SEAL"
Cherie L. Starkweather
Notary Public, State of Illinois
My Commission Exp. 06/27/2009