IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.  05-3193 |
| B & T SERVICES OF MONEE, INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF PLAINTIFFS'
MOTION FOR DEFAULT JUDGMENT**

TO:   Raymond Feeley, Registered Agent
B & T Services of Monee, Inc.
575 West Exchange Street
Crete, IL 60417

NOTICE IS HEREBY GIVEN to you that the Plaintiffs, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, by and through its attorneys filed a Motion for Default Judgment against you on the 20th day of March, 2006.

YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiffs' RAILROAD MAINTENANCE INDUSTRIAL HEALTH AND WELFARE FUND, ET. AL., Motion without further notice to you seven (7) days after filing.

DATED this 20th day of March, 2006.

RAILROAD MAINTENANCE
INDUSTRIAL HEALTH AND WELFARE
FUND, ET. AL., Plaintiffs,

By:   s/ James P. Moody

**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

F:\files\RAILROAD\B & T Services of Monee, Inc\Notice of Filing.wpd