IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 05-3193 |
| B & T SERVICES OF MONEE, INC., | ) ) ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause comes before the Court on Plaintiffs' Motion for Default Judgment or, in the Alternative, Motion for an Accounting/Evidentiary Hearing (d/e 15).  The Court, being fully advised in the premises, finds that Defendant, B & T SERVICES OF MONEE, INC., has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

Plaintiffs' Motion asks that the Court order an accounting of the amount owing from Defendant, B & T SERVICES OF MONEE, INC., to

1

the Plaintiffs for unpaid contributions for the period May 1, 2001 through current.

THEREFORE, the Plaintiffs' Motion for Default Judgment or, in the Alternative, Motion for an Accounting/Evidentiary Hearing (d/e 15) is ALLOWED in part. The Court orders Defendant, B & T SERVICES OF MONEE, INC., to appear and produce contribution reporting forms, and any and all payroll books and records pertinent to this action for the period from May 1, 2001, through February 28, 2006, at the law offices of Cavanagh & O'Hara, 407 East Adams Street, Springfield, Illinois, 62701, on April 17, 2006, at 2:00 p.m.

The Court denies, without prejudice, the Plaintiffs' request for a default judgment at this time. The Plaintiffs may renew their request for judgment when they have completed the accounting and ascertained the amounts owed for unpaid contributions and other damages and costs.

IT IS THEREFORE SO ORDERED.

ENTER: March 28, 2006.

       FOR THE COURT:

                                            s/ Jeanne E. Scott
                                            JEANNE E. SCOTT
                                       UNITED STATES DISTRICT JUDGE