IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 05-3193 |
| B & T SERVICES OF MONEE, INC., | ) ) | |
| Defendant. | ) | |

**PETITION FOR RULE TO SHOW CAUSE**

NOW COMES Plaintiffs, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.,* by and through its attorneys, Cavanagh & O'Hara, and for its Petition For Rule To Show Cause states to the Court as follows:

1. That on March 28, 2006, this Court entered an Order for Production of Records upon the Defendant, B & T SERVICES OF MONEE, INC.

2. Pursuant to the Order for Production of Records, this Court ordered that the Defendant appear and produce contribution reporting forms and any and all payroll books and records pertinent to this action for the period from May 1, 2001 through February 28, 2006, at the law offices of Cavanagh & O'Hara, 407 East Adams Street, Springfield, Illinois, 62701, on April 17, 2006, at 2:00 p.m.

3. On information and belief, Edward E. Becker is the President of B & T Services of Monee, Inc. See Illinois Secretary of State record attached hereto and incorporated herein as **Exhibit A.**

4. Defendant has failed to produce records as ordered by this Court.

WHEREFORE, Plaintiffs pray that this Court enter an order upon Edward E. Becker for him to show what cause, if any he has, why he should not be held in contempt of Court for his failure to comply with the previous Order entered herein.

Respectfully submitted,

RAILROAD MAINTENANCE AND
INDUSTRIAL HEALTH AND WELFARE FUND,
*et al.*, Plaintiffs,

By:    s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
jim@cavanagh-ohara.com

STATE OF ILLINOIS   )
                      : ss
COUNTY OF SANGAMON )   **VERIFICATION**

I, JAMES P. MOODY, being first duly sworn upon oath, depose and state that I have read the foregoing instrument, understand the contents thereof, believe the same to be true and correct to the best of my knowledge and belief and have affixed my signature thereto for the uses and purposes therein set forth.

   s/ James P. Moody

Subscribed and sworn to before me, a Notary Public, this 14th day of November 2006.



NOTARY PUBLIC

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

## PROOF OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 14th day of November 2006:

Raymond Feeley, Registered Agent
B & T Services of Monee, Inc.
575 West Exchange Street
Crete, IL 60417

Edward E. Becker
B & T Services of Monee, Inc.
4922 Margaret Street
Monee, IL 60449

and that the original was filed with the Clerk of the Court in which said cause is pending.

By:    s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
jim@cavanagh-ohara.com

F:\files\RAILROAD\B & T Services of Monee, Inc\RTSC.wpd