E-FILED
Tuesday, 14 November, 2006  03:38:15 PM
Clerk, U.S. District Court, ILCD

CORP/LLC - CERTIFICATE OF GOOD STANDING

# CYBERDRIVEILLINOIS

SERVICES  PROGRAMS  PRESS  PUBLICATIONS  DEPARTMENTS  CONTACT

JESSE WHITE
SECRETARY OF STATE

## CORPORATION FILE DETAIL REPORT

| | |
|---|---|
| Entity Name | B & T SERVICES OF MONEE, INC. |
| Status | GOODSTANDING |
| Entity Type | CORPORATION |
| Incorporation Date (Domestic) | 03/13/1998 |
| Agent Name | RAYMOND A FEELEY |
| Agent Street Address | 575 W EXCHANGE ST |
| Agent City | CRETE |
| Agent Zip | 60417 |
| Annual Report Filing Date | 03/01/2006 |

| | |
|---|---|
| File Number | 59842056 |
| Type of Corp | DOMESTIC BCA |
| State | ILLINOIS |
| Agent Change Date | 03/13/1998 |
| President Name & Address | EDWARD E BECKER 4922 W MARGARET MONEE IL 60449 |
| Secretary Name & Address | EDWARD E BECKER SAME |
| Duration Date | PERPETUAL |
| For Year | 2006 |

Return to the Search Screen

Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE


EXHIBIT A