E-FILED
Thursday, 16 November, 2006  10:22:28 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> B&T SERVICES OF MONEE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 05-3193 |

**OPINION AND ORDER FOR RULE TO SHOW CAUSE**

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the Plaintiffs' Petition for Rule to Show Cause (d/e 17). This Court ordered Defendant B & T Services of Monee, Inc. to appear at the law offices of Cavanagh & O'Hara, 407 East Adams Street, Springfield, Illinois, on April 17, 2006, at 2:00 p.m. and produce contribution reporting forms, and any and all payroll books and records pertinent to this action for the period from May 1, 2001, through February 28, 2006. Opinion entered March 28, 2006 (d/e 16). No representative of the Defendant appeared and produced the required documents. The Plaintiffs have submitted evidence from the Illinois

1

Secretary of State's Office that Edward E. Becker is President of Defendant B & T Services of Monee, Inc.

THEREFORE, the Petition for Rule to Show Cause (d/e 17) is ALLOWED.  Edward E. Becker is hereby ordered to appear before this Court at 600 E. Monroe, Springfield, Illinois, on January 8, 2007, at 10:30 a.m., to show cause why Defendant B & T Services of Monee, Inc. should not be held in contempt for failure to comply with this Court's Opinion entered March 28, 2006.  The Plaintiffs are directed to personally serve Edward E. Becker with a copy of this Opinion and Order for Rule to Show Cause, and to file proof of service.

IT IS THEREFORE SO ORDERED.

ENTER:  November 15, 2006.

FOR THE COURT:

          s/ Jeanne E. Scott
          JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE