E-FILED
Tuesday, 09 January, 2007  11:58:58 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> B&T SERVICES OF MONEE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) No. 05-3193 ) ) ) ) ) |

**OPINION AND CONTINUED ORDER
FOR RULE TO SHOW CAUSE**

JEANNE E. SCOTT, U.S. District Judge:

This matter came before the Court on January 8, 2007, for hearing on this Court's Opinion and Order for Rule to Show Cause (d/e 18) (Rule). The Plaintiffs appeared by their attorney James Moody. The Defendant did not appear. This Court ordered Defendant B & T Services of Monee, Inc., to appear at the law offices of Cavanagh & O'Hara, 407 East Adams Street, Springfield, Illinois, on April 17, 2006, at 2:00 p.m. and produce contribution reporting forms, and any and all payroll books and records pertinent to this action for the period from May 1, 2001, through February

1

28, 2006.  Opinion entered March 28, 2006 (d/e 16).  No representative of the Defendant appeared and produced the required documents.  The Plaintiffs have submitted evidence from the Illinois Secretary of State's Office that Edward E. Becker is President of Defendant B & T Services of Monee, Inc.  The Court issued the Rule ordering Edward E. Becker to appear at the January 8, 2007, hearing, but Plaintiff was unable to serve Becker prior to that date.  The Court therefore continued this matter until March 19, 2007, at 4:00 p.m.

THEREFORE, Edward E. Becker is hereby ordered to appear before this Court at 600 E. Monroe, Springfield, Illinois, on March 19, 2007, at 4:00 p.m., to show cause why Defendant B & T Services of Monee, Inc. should not be held in contempt for failure to comply with this Court's Opinion entered March 28, 2006.  The Plaintiffs are directed to personally serve Edward E. Becker with a copy of this Opinion and Continued Order for Rule to Show Cause, and to file proof of service.

IT IS THEREFORE SO ORDERED.

ENTER:  January 8, 2007.

    FOR THE COURT:

                                      s/ Jeanne E. Scott
                                JEANNE E. SCOTT
                           UNITED STATES DISTRICT JUDGE