**AFFIDAVIT OF SERVICE** Friday, 16 February, 2007  12:55:13 PM

**E-FILED**

Clerk, U.S. District Court, ILCD

Case No: **05-3193**

Return Date: **3/19/2007**

## Railroad Maintenance and Industrial Health and Welfare Fund
### vs.
## B & T Services Of Monee Inc.

I, **Lisa Everett** the undersigned state the following facts. I am above the age of eighteen. I am not an party to the action. I certify that I have served a:
**Opinion And Continued Order For Rule To Show Cause**

The writ was served on **Raymond A. Feeley**

The description of the recipient is **Male White 59 5' 9" 180-190 lbs**

The relationship to the defendant is **Registered Agent**

The **Opinion And Continued Order For Rule To Show Cause** was served at **575 W. Exchange St., Crete, IL 60417**

The writ service date was **2/12/2007** the time of service was **11:45 AM**

Under penalties provided by law pursuant to s1-109 of the Civil Code of Procedure, the undersigned certifies that the statements set forth are true and correct to his/her belief.

Fee $55.00

**SIGNATURE REDACTED**

Lisa Everett

Process Server P.E.R.C. 129-292346
2314 Rt 59 #204 Plainfield, IL 60544

)TES/COMMENTS:

b#: 49645