## CAVANAGH & O'HARA
Attorneys At Law

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody

John T. Long
Britt W. Sowle

Of Counsel
Michael J. Masterson, P.C.

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

Swansea Office
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Telefax (618) 222-6755

Chicago Office
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

January 11, 2007

### NOTICE OF ORDER TO PRODUCE RECORDS

Raymond Feeley, Registered Agent
B & T Services of Monee, Inc.
575 West Exchange Street
Crete, IL 60417

Edward E. Becker
B & T Services of Monee, Inc.
4922 Margaret Street
Monee, IL 60449

Re:  Railroad Maintenance and Industrial Health and Welfare Fund, et al. v. B. T. Services of Will County, Inc., and Edward E. Becker d/b/a B & T Services

Dear Mr. Feeley and Mr. Becker:

Enclosed please find a copy of the Order entered by Judge Jeanne E. Scott in the above-referenced matter. Pursuant to this Order, you must produce the following records for the period from May 1, 2001, through present:

1. Payroll journals;
2. Individual earnings and time records on all employees;
3. Annual earnings reports (W-2 and W-3);
4. Quarterly employer's federal withholding and FICA tax returns (Forms 941);
5. Quarterly employer's contribution and wage reports for state unemployment compensation (Forms UI-3);
6. Employer's copies of monthly contributions reports to the Fund;
7. All pertinent personnel file information;
8. Case disbursement records;
9. Payments to subcontractors (Forms 1096 and 1099);
10. Most recent Union contract; and
11. Federal income tax returns.

You **must produce these records** at Cavanagh & O'Hara, 407 East Adams Street, Springfield, Illinois 62705, in person on **January 20, 2007 at 1:30 p.m.** Failure to produce these

Mr. Raymond Feeley and Mr. Edward E. Becker          January 11, 2007

documents may caused you to be found in contempt of the Court's Order. If you have any questions, please do not hesitate to contact me.

                                          Very truly yours,

                                          James P. Moody

JPM:pjr
Enclosure
F:\files\RAILROAD\B&T Services\L-ProduceRecords.wpd