E-FILED
Friday 23 March, 2007 02:50:40 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED
MAR 22 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　Plaintiff　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>vs　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>EDWARD E. BECKER, PRESIDENT )<br>B & T Services of Monee, Inc.　　　)<br>4922 West Margaret　　　　　　　)<br>Monee, IL 60449　　　　　　　　　)<br>　　Defendant　　　　　　　　　　)| WARRANT FOR ARREST<br><br>CASE NO. 05-3193 |

RECEIVED
2007 MAR 21 A
US MARSHALS SERV
CENTRAL ILLINOIS

TO:　　THE U. S. MARSHAL and any
　　　　AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest **EDWARD E. BECKER**, and bring him forthwith before Judge Jeanne E. Scott or to the nearest magistrate judge to answer Judge's Order charging him or her with Failure to Appear in violation of Title 18, United States Code, Section(s) 1073.

**JOHN M. WATERS**
Name of Issuing Officer

s/ John M. Waters
_____
Signature of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

3/20/2007, Springfield, IL
_____
Date and Location

Bail fixed at $ **NONE** by JEANNE E. SCOTT.

---

**RETURN**
This warrant was received and executed with the arrest of the above named defendant at *Monee IL*

| Date Received | Name of Arresting Officer *Bob Doty* | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 3-21-07 | Title of Arresting Officer *Deputy U.S. Marshal* | *[signature]* |

BECKER.WARR.wpd